IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DENISE WILSON, an individual, )<br>)<br>    Plaintiff, )<br>    v. )<br>)<br>TARGET CORPORATION, a.k.a. Target, a )<br>foreign corporation, )<br>)<br>)<br>    Defendant. )<br>)<br>) | Case No. C25-0970-SKV<br><br>**[PROPOSED] ORDER RE STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND RELATED DEADLINES AND TRIAL DATE** |

THIS MATTER came before the Court on parties Stipulated Motion for Extension of Discovery and Related Deadlines and Trial Date. The Court having considered the records and files and pleadings herein, and being otherwise fully advised, now, therefore:

IT IS HEREBY ORDERED that parties' Stipulated Motion for Extension of Discovery and Related Deadlines and Trial Date is GRANTED. The new dates for discovery and related deadlines and trial will be as follows:

/ / /

/ / /

/ / /

/ / /

| Deadline | Current Deadline | Requested Date |
|---|---|---|
| JURY TRIAL SET FOR 9 a.m. on | 11/02/2026 | 04/26/2027 |
| Length of trial | 5 days | 5 days |
| Expert Disclosures | 05/04/2026 | 08/03/2026 |
| Rebuttal Expert Disclosures | 05/26/2026 | 08/24/2026 |
| Discovery Motions | 06/02/2026 | 09/02/2026 |
| Discovery Completed by | 07/02/2026 | 11/05/2026 |
| Dispositive Motions | 08/03/2026 | 11/27/2026 |
| Settlement Conference per LCR39.1(c)(2) held no later than | 09/02/2026 | 01/20/2027 |
| Mediation per LCR39.1(c) held no later than | 10/02/2026 | 02/27/2027 |
| Motions in limine | 10/05/2026 | 03/29/2027 |
| Opposition to Motions in limine | 10/20/2026 | 04/05/2027 |
| Proposed Jury Instructions, Pretrial Order including Exhibit List. Counsel are to confer and indicate with their submissions which exhibits are agreed to | 10/19/2026 | 04/05/2027 |
| Trial Briefs, Proposed Voir Dire Questions, and Deposition Designations | 10/23/2026 | 04/12/2027 |
| Pretrial Conference Scheduled for 10 a.m. in Courtroom 12 A on | 10/26/2026 | 04/19/2027 at 9:30 a.m. in Courtroom 12A |

DATED THIS 4th day of May, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER RE STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND RELATED
DEADLINES AND TRIAL DATE- 2                                    C25-0970-SKV
TAR178.0031

PREPARED AND SUBMITTED BY:

**CHOCK BARHOUM LLP**

/s/*John R. Barhoum*
John R. Barhoum, WSBA No. 42776
Email: john.barhoum@chockbarhoum.com
Attorney for Defendants

**CHOCK BARHOUM LLP**

/s/*Sarah Tuthill-Kveton*
Sarah Tuthill-Kveton, WSBA #56945
Email: sarah@chockbarhoum.com
Attorney for Defendants